UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLORADO CENTER FOR REPRODUCTIVE MEDICINE, LLC, et al.,<br><br>Defendants. | Case No. 21-cv-06133-MMC (AGT)<br><br>**DISCOVERY ORDER DENYING PLAINTIFFS' MOTION TO QUASH WITHOUT PREJUDICE TO RENEWAL VIA JOINT LETTER**<br><br>Re: Dkt. No. 46 |

Judge Chesney, the presiding district judge, referred plaintiffs' Motion to Quash or Modify Subpoenas (Dkt. 46), as well as all further discovery matters, to the undersigned. *See* Dkt. 48. In the referral order, Judge Chesney vacated the April 1, 2022 hearing on plaintiffs' motion to quash and instructed that, "[a]fter the parties have met and conferred, *see* Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute." *Id.* at 1, 2. The parties have yet to file any joint discovery letter regarding plaintiffs' motion to quash. To the extent there is still a live dispute, the parties must file a joint letter that complies with Part VII.B of the undersigned's civil standing order, which is available at cand.uscourts.gov/judges/tse-alex-g-agt/. The joint letter is due by **March 25, 2022**.

**IT IS SO ORDERED.**

Dated: March 9, 2022

ALEX G. TSE
United States Magistrate Judge