UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS F. CARLSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLORADO CENTER FOR REPRODUCTIVE MEDICINE, LLC, et al., <br><br> Defendants. | Case No. 21-cv-06133-MMC  (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 53, 55 |

Yesterday, Judge Chesney directed plaintiffs to file by April 19, 2022, a second amended complaint setting forth the requisite jurisdictional facts to establish diversity jurisdiction. Dkt. 56. In light of that order, and given the present uncertainty regarding the court's subject matter jurisdiction over this action, the parties are directed to advise the undersigned as to whether the relief sought in the parties' discovery letters (*see* Dkts. 53 & 55) should be addressed after plaintiffs' forthcoming amended pleading. Each side may file a response of two pages or less by Friday, April 8.

**IT IS SO ORDERED.**

Dated: April 6, 2022

ALEX G. TSE
United States Magistrate Judge